No. 86–6235.  SASSOUNIAN v. CALIFORNIA.  Ct. App. Cal., 2d App. Dist.  Certiorari denied.

No. 86–6241.  LONG v. FLORIDA.  Dist. Ct. App. Fla., 2d Dist. Certiorari denied.

No. 86–6253.  BRIMBERRY v. UNITED STATES.  C. A. 7th Cir. Certiorari denied.

No. 86–6270.  ABDULLAH v. LOCKHART, DIRECTOR, ARKANSAS DEPARTMENT OF CORRECTION.  C. A. 8th Cir.  Certiorari denied.

No. 86–6272.  HARRIS v. DUGGER, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS.  Sup. Ct. Fla.  Certiorari denied.

No. 86–6346.  WILLIAMS v. UNITED STATES.  C. A. 7th Cir. Certiorari denied.

No. 86–6481.  HILL v. WATTS ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 86–6485.  WILSON v. LYLES, WARDEN.  C. A. 4th Cir. Certiorari denied.

No. 86–6487.  JOHNSON v. ARMONTROUT, WARDEN, ET AL. C. A. 8th Cir.  Certiorari denied.

No. 86–6497.  VALENTINO v. DUGGER, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 86–6502.  GALLEGOS v. ARIZONA.  Sup. Ct. Ariz.  Certiorari denied.

No. 86–6503.  WEBER v. CALIFORNIA.  Ct. App. Cal., 2d App. Dist.  Certiorari denied.

No. 86–6507.  ROBINSON v. TANNER ET AL.  C. A. 11th Cir. Certiorari denied.

No. 86–6513.  NAZAIRE v. TRANS WORLD AIRLINES ET AL. C. A. 7th Cir.  Certiorari denied.